*Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 729. SICILIANO *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied. *Charles A. Bellows* for petitioner. *Latham Castle*, Attorney General of Illinois, *John L. Davidson, Jr.*, First Assistant Attorney General, and *Fred G. Leach* and *William C. Wines*, Assistant Attorneys General, for respondent.

No. 761. COCO *v.* FLORIDA. Supreme Court of Florida. Certiorari denied. *Wallace N. Maer* for petitioner. *Richard W. Ervin*, Attorney General of Florida, and *Bart L. Cohen*, Assistant Attorney General, for respondent.

No. 703. SCHWARTZ, ADMINISTRATRIX, *v.* KANSAS CITY SOUTHERN RAILWAY Co. Supreme Court of Missouri. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion certiorari should be granted. *B. Nathaniel Richter* for petitioner. *Richard S. Righter* for respondent.

No. 333, Misc. LANG *v.* HEINZE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 520, Misc. McCOY *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 521, Misc. BARR *v.* RAGEN, WARDEN. Supreme Court of Illinois. Certiorari denied.

No. 522, Misc. GINIVALLI *v.* BANNAN, WARDEN. C. A. 6th Cir. Certiorari denied.